07 CIV 8772

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ZURICH MERICAN INSURANCE COMPANY,

                Plaintiff,

    -against-                            RULE 7.1 STATEMENT

MAXJET AIRWAYS, INC.,                  OCT 11 2007

                Defendant.                 07 Civ.
                                                      CASHIERS

------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates judges of the court to evaluate possible disqualification of recusal, the undersigned counsel of record for Plaintiff, Zurich American Insurance Company, a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

                                     SEE ATTACHED

Dated: New York, New York
       October 9, 2007

                                                  _____
                                                  James J. Ruddy (JR 6693)

**ZURICH U.S.**
    **Zurich U.S.**
        American Guarantee & Liab.
        American Zurich Insurance Co.
        Assurance Company of Amer.
        Colonial American Cas. & Surety
        Fidelity and Deposit Co. of MD
        Maine Bonding & Casualty Co.
        Maryland Casualty Company
        Maryland Lloyds
        National Standard Ins. Co.
        Northern Insurance Co. of NY
        Steadfast Insurance Company
        Valiant Insurance Company
        Zurich American Ins. Co. of IL
        Zurich American Insurance Co.

    **Empire Fire & Marine Group**
        Empire Fire & Marine Ins. Co.
        Empire Indemnity Ins. Co.

    **Maryland Netherlands Credit**
        The Mountbatten Surety Co., Inc.

    **Universal Underwriters Group**
        Universal Underwriters Ins. Co.
        Universal Underwriters of TX
        Alpina Insurance Co.