```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ZURICH AMERICAN INSURANCE CO.,   :   07 CV 8772 (LAP)

               Plaintiff,   :   **MEMORANDUM**

    v.   :

MAXJET AIRWAYS, INC.,   :

               Defendant.   :

------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents Zurich American Insurance Co. and/or its affiliates.

So Ordered:

Dated: New York, New York
       November 1, 2007

                                                _/s/ Loretta A. Preska_
                                                LORETTA A. PRESKA, U.S.D.J.

CGRZURICH