UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ZURICH AMERICAN INSURANCE COMPANY,

                                    Plaintiff,

                    -against-

MAXJET AIRWAYS, INC.,

                                    Defendant.

-------------------------------------------------------------X

RECEIVED

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S.D.N.Y.

07 Civ. 8772(LAP)

**VOLUNTARY DISMISSAL
AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

No answer having been filed and the captioned action having been settled, it is hereby

discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure

with prejudice but without costs as to any party, subject to re-opening by letter application in the

event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
       November 19, 2007

                              McDERMOTT & RADZIK, LLP.
                              Attorneys for Plaintiff

                    By:       _____
                              James J. Ruddy (JR-6693)
                              88 Pine Street
                              New York, New York  10005
                              212-376-6400
                              Ref.: 10-07-2015 JJR

**SO ORDERED:**

_____
         U.S.D.J.

November 26, 2007

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.